**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-60570**
**Summary Calendar**

**WILLIE WASHINGTON,**

**Plaintiff-Appellant,**

**VERSUS**

**BELLSOUTH TELECOMMUNICATIONS, INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Southern District of Mississippi

(3:00-CV-14-WS)

December 21, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Willie Washington (hereinafter plaintiff) sued his employer,
BellSouth Telecommunications, Inc. (hereinafter defendant) in
federal district court alleging that defendant wrongfully denied
him a promotion because of his race. Defendant answered and moved
for summary judgment on the grounds that plaintiff did not receive

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a promotion on the occasions in which he thinks he should have because plaintiff had not properly registered his name in the electronic system used by defendant to notify its employees of job openings.  Once plaintiff registered his name in this system, he did receive a promotion prior to filing this lawsuit.  The district court granted summary judgment for defendant and plaintiff appeals.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion and Order dated June 12, 2001, we affirm the Final Judgment of the district court of even date therewith which dismissed all of plaintiff's claims with prejudice.

**AFFIRMED.**